Schuyler G. Carroll (SC-1234)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

In re:

JOSEPH OLANIYI ADARAMOLA,

                          Debtor.

--------------------------------------------------------- X

Roy Babitt, Chapter 7 Trustee of the Estate of
Joseph Olaniyi Adaramola,

                        Plaintiff,

       v.

JOSEPH OLANIYI ADARAMOLA,
FOLASAYE ADARAMOLA, SAQUANA
FOWLER, CENTRAL ABSTRACT
SERVICES INC., CLEAR TITLE
ABSTRACT, INC., UNITED GENERAL
TITLE INSURANCE COMPANY and
THOMAS J. PARKES, JR., P.C.,

                        Defendants.

--------------------------------------------------------- X

Chapter 7

Case No. 06-10698 (JMP)

Adv. Pro. No.  06-01662

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                              ) ss:
COUNTY OF NEW YORK   )

       Lisa Indelicato, being sworn, deposes and says:

       1.      Deponent is not a party to this action, is over eighteen years of age and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

2.      On February 10, 2009, I served the Notice of Adjournment of Pre-Trial Conference and Hearing to Consider Motions to Dismiss filed by Thomas J. Parkes, Jr., P.C. and Joseph Olaniyi Adaramola upon:

       Joseph Olaniyi Adaramola
       1847 Nereid Ave.
       Bronx, NY 10466

       Joseph Olaniyi Adaramola
       53 Saint Lawrence Park
       Bronxville, New York 10708

via (i) Federal Express signature required, (ii) Federal Express signature not required, and (iii) via certified mail, return receipt requested in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

                                        */s/ Lisa Indelicato*
                                        Lisa Indelicato

Sworn to before me this
12th day of February, 2009.

*/s/  Miriam Lyle McKibben*
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission