# UNITED STATES BANKRUPTCY COURT

*SOUTHERN DISTRICT OF NEW YORK*

*ONE BOWLING GREEN, ROOM 615-3*

*NEW YORK, NY 10004-1408*

VITO GENNA

CLERK OF COURT
TELEPHONE: (212) 668-2870

October 12, 2011

**Roy Babitt**

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Re: Joseph Olaniyi Adaramola, Case No. 06-10698 (JMP)

Dear Mr. Babitt:

In reference to the above case, the following document(s) has (have) not been filed electronically. Please file the document(s) on-line within ten (10) days from the receipt of this letter. Your prompt attention to this matter will enable us to expeditiously close this case.

    1. (  ) Trustee Report of No Distribution
    2. (  ) Final Report
    3. (  ) Notice of Distribution (Final)
    4. (  ) Bankruptcy Closing (Statistical) Report (Asset Case)
    5. ( X  ) Affidavit of Final Distribution
    6. ( X  ) Status Report on Case
    7. (  ) Other: _____

We appreciate your cooperation.

Sincerely Yours,

Vito Genna, Clerk of Court

By: /s/ Greg White
       Deputy Clerk